DANIEL J. TYUKODY, JR. (State Bar No. 123323)
MICHAEL C. TU (State Bar No. 186793)
JASON L. KRAJCER (State Bar No. 234235)
OREN A. LAZAR (State Bar No. 261532)
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017
Telephone:   (213) 629-2020
Facsimile:   (213) 612-2499
Email: dtyukody@orrick.com
       mtu@orrick.com
       jkrajcer@orrick.com
       olazar@orrick.com

Attorneys for Defendants Russell C. Ball, III,
Roger S. Faubel, Victor J. Fryling, Peter L. Jensen,
Scott A. Katzmann, Stephen A. Sharpe, Keith
R. Solar, Michael M. Stark, Thomas C. Tekulve
and Nominal Defendant Basin Water, Inc.

**MADE JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| DEMETRICE LEDBETTER, III; derivatively on behalf the Nominal Defendant Basin Water, Inc., <br><br>Plaintiffs,<br><br>v.<br><br>PETER L. JENSEN, MICHAEL M. STARK, THOMAS C. TEKULVE, KEITH R. SOLAR, VICTOR J. FRYLING, RUSSELL C. BALL, III, ROGER S. FAUBEL, SCOTT A. KATZMANN, AND STEPHEN A. SHARPE,<br><br>and<br><br>BASIN WATER, INC.<br><br>Defendants. | Case No. CV 09-00507 GW (FFMx)<br><br>**ORDER AND FINAL JUDGMENT**<br><br>Date:   N/A<br>Time:   N/A<br>Ctrm.:  Hon. George H. Wu<br>         Courtroom 10<br>         Spring Street Courthouse |

# **ORDER AND FINAL JUDGMENT**

Good cause appearing, it is hereby ordered, adjudge and decreed that:

1. This action, captioned *Ledbetter v. Jensen, et al.*, CV 09-00507-GW (FFMx), and all claims contained therein are dismissed with prejudice. The parties are to bear their own costs, except as otherwise provided in the Stipulation of Settlement.

2. This Judgment is a final, appealable judgment and should be entered forthwith by the Clerk in accordance with Rule 58, Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: April 23, 2010          By: _____/s/ George H. Wu_____
                                    HON. GEORGE H. WU
                                    UNITED STATES DISTRICT JUDGE